**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL SWANSON,

      CASE NO. 06-CV-15681

  Plaintiff,

      PAUL D. BORMAN
-vs-      UNITED STATES DISTRICT JUDGE

APPLEBEE'S OF MICHIGAN,

  Defendant.
_____/

**ORDER OF NOTIFICATION
THAT DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE WILL
BE DECIDED UPON THE BRIEFS OF THE PARTIES**

  Pursuant to E.D. Mich. L. R. 7.1(e), the Court hereby notifies the parties that it will make a decision on Defendant's Motion to Dismiss for Failure to Prosecute (Doc. No. 9) on the parties' submitted briefs without holding a hearing. Accordingly, the Court cancels the motion hearing scheduled for January 11, 2007.

**SO ORDERED.**

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: December 18, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 18, 2007.

      s/Denise Goodine
      Case Manager